**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION**

| | |
|---|---|
| WILLIE REDD,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF MONTANA,<br>DEPARTMENT OF CORRECTIONS,<br><br>Defendants. | Case No. CV-26-11-H-BMM<br><br><br>**ORDER** |

Before the Court is Defendants' Unopposed Motion for Leave to Appear Remotely at March 9, 2026 Hearing. After review and consideration, and good cause appearing,

**IT IS HEREBY ORDERED granting** Defendants' Unopposed Motion for Leave to Appear Remotely at March 9, 2026 Hearing

**IT IS FURTHER ORDERED** that, counsel for Defendants may appear via electronic means for the hearing scheduled for Monday, March 9, 2026 at 2:30 p.m. and will contact the Clerk of Court's Office for the Zoom link.

DATED this 6th day of March 2026.

Brian Morris, Chief District Judge
United States District Courts