# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## HELENA DIVISION

| | |
|---|---|
| WILLIE REDD,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF MONTANA, et al.,<br><br>Defendants. | **CV-26-11-H-BMM**<br><br><br>**ORDER** |

Plaintiff Willie Redd ("Redd") filed a Complaint against the State of Montana, Montana Department of Corrections, CoreCivic Inc., d/b/a Saguaro Correctional Center, Warden Shawn Wead, and Does 1-10 (collectively "Defendants") on February 17, 2026. (Doc. 1.) Redd filed a Motion for Preliminary Injunction and Temporary Restraining Order on February 19, 2026. (Doc. 3.) The Court held a hearing on the motion and dismissed the motion (Doc. 3) as moot following the parties' stipulation to address several of the relevant issues. (Doc. 17.) Defendants filed a Motion to Dismiss for Lack of Jurisdiction on July 7, 2026. (Doc. 27.) Redd filed a First Amended Complaint ("FAC") on July 28, 2026. (Doc. 31.) Redd filed a Second Amended Complaint ("SAC") on July 29, 2026, to "correct a typographical

error in the caption of the First Amended Complaint, no other changes were made."
(Doc. 33.)

Pursuant to Fed. R. Civ. P. 15(a), "[a] party may amend its pleading once as a matter of course no later than:

(A) 21 days after serving it, or
(B) if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier.

Redd properly amended his pleading once as a matter of course following Defendants filing a Rule 12 motion to dismiss. Fed. R. Civ. P. 15(a)(1)(B). Fed. R. Civ. P. 15(a)(2) states that "[i]n all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires." Redd filed a second amended complaint without the opposing party's consent or the court's leave. The Court independently confirmed with Defendants that they consent to the filing of the SAC. The Court will therefore permit the filing of the SAC pursuant to Fed. R. Civ. P. 15(a)(2).

Defendants' Motion to Dismiss the original Complaint is now moot. *Ramirez v. County of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015) (an amended complaint supersedes an original complaint, rendering the original complaint without any legal effect); *Frazier v. City of Fresno*, 2023 WL 1786228, at *1 (E.D. Cal. Feb. 6, 2023) ("Once an amended complaint is filed, the previous complaint

becomes null and void, and generally any pending motion to dismiss that was directed at the previous pleading will be thus rendered moot.")

Accordingly**, IT IS ORDERED** that Defendants' Motion to Dismiss (Doc. 27.) is **DENIED AS MOOT**. Defendants may file a renewed Motion to Dismiss Redd's Second Amended Complaint within 14 days of this order.

DATED this 6th day of August, 2026.

Brian Morris, Chief District Judge
United States District Court